IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR41 |
| vs. | ORDER |
| VERSHAUN LUCKETT | |
| Defendant. | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [36]. Counsel is seeking additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [36] is granted as follows:

1. The jury trial, now set for January 7, 2020, is continued to **March 10, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 10, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 7th day of January 2020.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge